# First District Court of Appeal
## State of Florida

_____

No. 1D18-4353
_____

ELIJAH L. UNION,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

February 27, 2019

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.141(d)(6)(C).

LEWIS, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Elijah L. Union, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.